UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMEL POWELL,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>THE CITY OF NEW YORK,<br><br>                    Defendant. | 23 Civ. 10263 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 19, 2024, the Court issued an Order (i) granting Plaintiff leave to file an amended complaint, *sua sponte*, on or before April 26, 2024, at his discretion; (ii) granting Defendant leave to file a motion to dismiss Plaintiff's complaint (or amended complaint, as appropriate); and (iii) setting a briefing schedule on Defendant's anticipated motion to dismiss. (Dkt. #13). Pursuant to that schedule, Defendant was to file its motion to dismiss on or before May 17, 2024; Plaintiff was to file any opposition on or before June 7, 2024; and Defendant was to file any reply on or before June 21, 2024.

The April 26, 2024 amendment deadline passed without further filings from Plaintiff, who thereby waived his opportunity to amend the complaint. (Dkt. #13). Thereafter, on May 17, 2024, Defendant filed its motion to dismiss the complaint (Dkt. #14-17), in accordance with the schedule set forth in the Court's March 19, 2024 Order.

The June 7, 2024 deadline for Plaintiff to file any opposition to Defendant's motion also passed without further filings from Plaintiff. In view of Plaintiff's *pro se* status, the Court will grant Plaintiff an extension of time to file

his opposition *sua sponte*. The Court thus ADJOURNS the deadline by which Plaintiff must file his opposition to Defendant's motion to **July 10, 2024** (with the deadline for any reply by Defendant correspondingly ADJOURNED to **July 31, 2024**). If Plaintiff fails to file an opposition by that date, the Court will deem Defendant's motion unopposed.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated:   June 27, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge