**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JAMEL POWELL,

                             Plaintiff,                    23 **CIVIL** 10263 (KPF)

           -against-                              <u>**JUDGMENT**</u>

THE CITY OF NEW YORK,

                             Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 3, 2025, Defendant's unopposed motion to dismiss is GRANTED. Because the Court has previously provided Plaintiff with the opportunity to amend his Complaint, and Plaintiff waived his right to do so (Dkt. # 13), the dismissal is with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

       January 3, 2025

                                          **TAMMI M. HELLWIG**
                                         **Clerk of Court**

                 **BY:**           _____
                                       **Deputy Clerk**